**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2284**

_____

In Re:  BARBARA MICHELLE BUSH,

          Petitioner.

_____

**No. 11-1493**

_____

In Re:  BARBARA MICHELLE BUSH,

          Petitioner.

_____

On Petitions for Writs of Mandamus.
(8:10-cv-02191-AW; 8:10-cv-02953-AW;
8:11-cv-00777-AW; 8:11-cv-00960-AW)

_____

Submitted:  June 30, 2011        Decided:  July 14, 2011

_____

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petitions denied by unpublished per curiam opinion.

_____

Barbara Michelle Bush, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barbara Michelle Bush has filed petitions for writs of mandamus seeking an order compelling the district court to stop assigning a particular judge to her cases and for that judge to stop reviewing her cases, and to correct the record in a case filed in a federal district court in Texas. Mandamus is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus relief is available only where there is no other available remedy. In re Braxton, 258 F.3d 250, 261 (4th Cir. 2001). Because Bush had other means of pursuing the relief she seeks, mandamus relief is not available. Accordingly, we deny leave to proceed in forma pauperis, deny Bush's motions for appointment of counsel, and deny the petitions for writs of mandamus.

In addition, we ordered Bush to show cause as to why she should not be sanctioned for filing frivolous original actions in this court and enjoined from filing any further original actions in this court unless she pays the sanctions.[*]

---

[*] This court previously sanctioned Bush for filing frivolous appeals and enjoined her from filing further actions in this court unless she pays the sanctions and a district court finds that the appeal is not frivolous.

2

We find her response fails to show cause why sanctions and an injunction should not be imposed. Therefore, Bush is now sanctioned $500 for filing frivolous original actions in this court and enjoined from filing further original actions in this court unless she pays the sanctions.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITIONS DENIED